FILED

Man Ho Jang
15048 Bear Valley Rd., Ste A
Victorville, CA 92394

no phone
Defendant, In Pro Per
Fax: 323 936 0450
Email: hancock trust @ yahoo.com

2018 APR 20 PM 12:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY ____________

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SVW

TRACY PIAZZA LEATON ) CASE NO.: EDCV18-00819 (KKx)

Plaintiff(s),

vs.

CHUL JONG YOO dba C.J. TAEKWONDO

Defendant(s).

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 and 1332**

**[FEDERAL QUESTION]**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND THE HONORABLE UNITED STATES DISTRICT JUDGE, AS ASSIGNED:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and §§ 1446, Defendant Man Ho Jang (hereinafter "Defendant") hereby provides this Notice of Removal based on a Federal Question.

Deck #18 NS

FEE PAID

## I. THE REMOVED CASE

1. The removed case is a civil action filed on October 17, 2017 with the Superior Court of California, County of San Bernardino, Barstow Courthouse, located at 235 East Mountain View Street, Barstow, CA 92311, assigned case no.: UDBS1702574.

2. As required by 28 U.S.C. § 1446(a) and Local Rule 4.02, copies of all process, pleading, orders, and other papers or exhibits filed in the State Court are attached as Exhibit A.

## II. THE REMOVAL IS TIMELY

3. Plaintiff commenced this action on October 17, 2017. Defendant answered the action on November 9, 2017. Hence this Notice of Removal is timely filed within 30 days of receipt of the initial pleading and within one year of the commencement of the action.

## III. THE VENUE REQUIREMENT IS MET

4. Venue of this removal is proper under 28 U.S.C. §§ 1441(a) in the Central District of California, because the Superior Court of California, County of San Bernardino, Barstow Courthouse, located at 235 East Mountain View Street, Barstow, CA 92311, is within the jurisdiction of the Central District Court of California, Eastern Division.

## IV. GROUNDS FOR REMOVAL

5. Plaintiff is a "Debt Collector" as defined by FDCPA 15 U.S.C. § 1692a.

6. Defendant alleges Plaintiff violated Defendant's rights as defined by 15 U.S.C. § 1601 *et seq.* of the Truth in Lending Act ("TILA").

7. FDCPA 28 U.S.C. § 1331 states that district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

8. Thus, the State Court action may be removed to this Court by Plaintiff in accordance with the provisions of 28 U.S.C. § 1441(a) because this action is pending within the Superior Court of California, County of San Bernardino, Barstow Courthouse, located at 235 East Mountain View Street, Barstow, CA 92311.

## V. FILING OF REMOVAL PAPERS

9. Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action will be promptly served to Plaintiff's and a Notice of Filing of the Notice of Removal was filed with the Clerk of the Superior Court of California, County of San Bernardino, Barstow Courthouse, located at 235 East Mountain View Street, Barstow, CA 92311.

WHEREFORE, Defendant hereby removes the above captioned action from the Superior Court of California, County of San Bernardino, Barstow Courthouse and requests that further proceedings be conducted in this Court as provided by law.

Respectfully Submitted,

DATED: April 19, 2018

Man Ho Jang

# EXHIBIT A

COPY

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
17-383

UNLAWFUL DETAINER—EVICTION
(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED - BARSTOW
SAN BERNARDINO COUNTY
SUPERIOR COURT

OCT 17 2017

BY Yolanda Minor
YOLANDA MINOR, DEPUTY

NOTICE TO DEFENDANT: Chul Jong Yoo, Individually, Chul Jong Yoo DBA
(AVISO AL DEMANDADO): C.J. Taekwondo, ,
DOES 1 to 10

YOU ARE BEING SUED BY PLAINTIFF: Tracy Piazza Leaton
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Bernardino County Superior Court
235 East Mountain View Street ---- Barstow, Calif. 92311

CASE NUMBER: *(Número del caso):* UDBS 1702574

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
**Tracy Piazza Leaton** **(760) 245-8532**
**P.O. Box 1095 ---- Victorville, Calif. 92393**

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☐ did not ☒ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: *(Fecha)* Clerk, by *(Secretario)* ____________ , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

(760)-221-2008
이민호

4. NOTICE TO THE PERSON SERVED: You are served
a. ☒ as an individual defendant.
b. ☒ as the person sued under the fictitious name of *(specify)*: Chul Jong Yoo DBA C.J. Taekwondo
c. ☐ as an occupant
d. ☐ on behalf of *(specify)*:
under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ CCP 415.46 (occupant) ☐ other *(specify)*:

5. ☒ by personal delivery on *(date)*: 10-18-17

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

UD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY
Tracy Piazza Leaton
P.O. Box 1095 --- Victorville, Calif. 92393
TELEPHONE NO.: (760) 245-8532 FAX NO.: (760) 243-3491
E-MAIL ADDRESS:
ATTORNEY FOR: In PRO PER. 17-383

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Bernardino**
STREET ADDRESS: **235 East Mountain View Street**
MAILING ADDRESS **235 East Mountain View Street**
CITY AND ZIP CODE: **Barstow, Calif. 92311**
BRANCH NAME: **Barstow**

PLAINTIFF: Tracy Piazza Leaton

DEFENDANT: Chul Jong Yoo, individually, Chul Jong Yoo DBA C.J. Taekwondo, ,

[X] DOES 1 TO 10

**COMPLAINT--Unlawful Detainer***

[X] COMPLAINT [ ] AMENDED COMPLAINT *(Number):*

CASE NUMBER: UDBS- 1702574

**Jurisdiction** ***(check all that apply):***

[X] **ACTION IS A LIMITED CIVIL CASE**

**Amount Demanded** [X] **does not exceed $10,000**

[ ] **exceeds $10,000, but does not exceed $ 25,000**

[ ] **ACTION IS AN UNLIMITED CIVIL CAS (amount demanded exceeds $ 25,000**

[ ] **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint** ***(check all that apply):***

[ ] **from unlawful detainer to general unlimited civil (possession not in issue)** [ ] **from limited to unlimited**

[ ] **from unlawful detainer to general limited civil (possession not in issue)** [ ] **from unlimited to limited**

1. PLAINTIFF *(names):* Tracy Piazza Leaton

alleges causes of action against DEFENDANT *(names):* Chul Jong Yoo, individually, Chul Jong Yoo DBA C.J. Taekwondo, ,

2. a. Plaintiff is (1) [X] an individual over the age of 18 years (4) [ ] a partnership
(2) [ ] a public agency (5) [ ] a corporation
(3) [ ] other *(specify):*

b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. Defendants named above are in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
15048 Bear Valley Rd. Ste. A
Victorville, CA. 92395 San Bernardino

4. Plaintiff's interest in the premises is [X] as owner [ ] other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

6. a. On or about *(date):* 9/22/2016 defendants *(names):* Chul Jong Yoo ind. & DBA C.J. Taekwondo

(1) agreed to rent the premises for a [ ] month-to-month tenancy [X] other tenancy *(specify):* **5 year lease**

(2) agreed to pay rent of **$1,500.00** payable [X] monthly [ ] other *(specify frequency):*

The rent is due on the [X] first of the month [ ] other day *(specify):*

b. This [X] written [ ] oral agreement was made with
(1) [ ] plaintiff (3) [ ] plaintiff's predecessor in interest
(2) [X] plaintiff's agent (4) [ ] other *(specify):*

*NOTE : Do not use this form for evictions after sale (Code Civ. Proc., ~ 1161a).

| PLAINTIFF: Leaton | |
|---|---|
| DEFENDANT: Yoo/C.J. Taekwondo | CASE NUMBER: |

6. c. [X] The defendants not named in Item 6a are
   (1) [ ] subtenants
   (2) [ ] assignees
   (3) [X] other *(specify)*: **unknown adult occupants.**

d. [ ] The agreement was later changed as follows *(specify)*:

e. [X] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached labeled Exhibit 1. *(Required for residential property, unless Item 6f is checked. See Code Civ. Proc., ~ 1166.)*

f. [ ] *(For residential property)* A copy of the written agreement is NOT attached because *(specify reason)*:
   (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agent
   (2) [ ] this action is soley for nonpayment of rent (Code Civ. Proc., ~ 1161(2)).

7. [X] a. Defendants *(names)*: **Chul Jong Yoo Ind. & DBA C.J. Taekwondo**

were served the following notice on the same date and in the same manner:

(1) [X] 3-day notice to pay rent or quit
(2) [ ] 30-day notice to quit
(3) [ ] 60-day notice to quit
(4) [X] 3-day notice to perform covenants or quit
(5) [ ] 3-day notice to quit
(6) [ ] other *(specify)*:

b. (1) On *(date)*: 10/14/2017 the period stated in the notice expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.

c. All facts stated in the notice are true.

d. [X] The notice included an election of forfeiture.

e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., ~ 1166.)*

f. [ ] One or more defendants was served (1) with a different notice, or (2) on a different date, or (3) in a different manner, as stated in attachment 7f. *(Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)*

8. a. [X] The notice in item 7a was served on the defendants named in item 7a as follows:
   (1) [ ] by personally handing a copy to the defendant on *(date)*:
   (2) [ ] by leaving a copy with *(name or description)*:
   person of suitable age and discretion, on *(date)*: at defendant's [ ] residence [ ] a business
   AND mailing a copy to defendant at defendant's place of residence on *(date)*:
   because defendant cannot be found at defendant's residence or usual place of business.
   (3) [X] by posting a copy on the premises on *(date)*: 10/11/2017 ( [ ] and giving a copy to a person found residing at the premises) AND mailing a copy to defendant at the premises on *(date)*: 10/10/2017
      (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
      (b) [X] because no person of suitable age or discretion can be found there.
   (4) [ ] *(not for 3-day notice: see Civil Code section 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date)*:
   (5) [ ] *(not for residential tenancies: see Civil Code section 1953 before using)* in the manner specified in a written commercial lease between the parties.

b. [ ] *(Name)*: was served on behalf of all defendants who signed a joint written rental agreement.

c. [ ] Information about service of notice on defendants named in item 7f is stated in attachment 8c.

d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

| PLAINTIFF: Leaton | CASE NUMBER: |
|---|---|
| DEFENDANT: Yoo/C.J. Taekwondo | |

9. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. [X] At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was **$6,080.00**

11. [X] The fair rental value of the premises is **$60.00** per day.

12. [ ] Defendants' continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in attachment 12.)*

13. [X] A written agreement between the parties provides for attorney fees. **para. 31**

14. [ ] Defendants' tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

Plaintiff has met all applicable requirements of the ordinances.

15. [ ] Other allegations are stated in attachment 15.

16. Plaintiff remits to the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**

a. possession of the premises.

b. costs incurred in this proceeding.

c. [X] past due rent of **$6,080.00**

d. [X] reasonable attorney fees.

e. [X] forfeitture of the agreement.

f. [X] damages at the rate stated in item 11 from *(date):* **11/1/2017** for each day defendants remain in possession through entry of judgment.

g. [ ] statutory damages up to $600 for the conduct alleged in item 12.

h. [X] other *(specify):* **CAM Charges $2,940.00**

18. [X] Number of pages attached *(specify):* **12**

**UNLAWFUL DETAINER ASSISTANT (Bus. and Prof. Code, ~ 6400 - 6415)**

19. *(Complete in all cases.)* An unlawful detainer assistant [ ] did ***not*** [X] did for compensation give advice or assistance with this form. *(If plaintiff has received **any** help or advise for pay from an unlawful detainer asistant, state:)*

a. Assistant's name: **Action Eviction Service**

b. Street address, city, and zip code: **14369 Park Ave. #101B Victorville, California 92392**

c. Telephone No.: **(760) 245-8532**

d. County of Registration: **San Bernardino**

e. Registration No.: **47**

f. Expires on *(date):* **07 / 2018**

Date: 10/16/2017

Tracy Piazza Leaton
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Date: 10/16/2017

Tracy Piazza Leaton
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF)

# AIR COMMERCIAL REAL ESTATE ASSOCIATION
# STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE - NET

1. **Basic Provisions ("Basic Provisions").**

1.1 **Parties:** This Lease ("Lease"), dated for reference purposes only September 22, 2016 is made by and between Michael Leaton and Tracy Piazza ("Lessor") and Chul Jong Yoo dba C.J. Taekwondo ("Lessee"), (collectively the "Parties", or individually a "Party").

1.2(a) **Premises:** That certain portion of the Project (as defined below), including all improvements therein or to be provided by Lessor under the terms of this Lease, commonly known by the street address of 15048 Bear Valley Rd., Suite A located in the City of Victorville, County of San Bernardino, State of California, with zip code 92395, as outlined on Exhibit B attached hereto ("Premises") and generally described as (describe briefly the nature of the Premises): A ±1,200 s.f. commercial / retail shop space within a retail shopping center.

In addition to Lessee's rights to use and occupy the Premises as hereinafter specified, Lessee shall have non-exclusive rights to any utility raceways of the building containing the Premises ("Building") and to the common Areas (as defined in Paragraph 2.7 below), but shall not have any rights to the roof or exterior walls of the Building or to any other buildings in the Project. The Premises, the Building, the Common Areas, the land upon which they are located, along with all other buildings and improvements thereon, are herein collectively referred to as the "Project." (See also Paragraph 2)

1.2(b) **Parking:** Any unreserved vehicle parking spaces. (See also Paragraph 2.6)

1.3 **Term:** Five (5) years and ~~months~~ ("Original Term") commencing November 1, 2016 ("Commencement Date") and ending October 31, 2021 ("Expiration Date"). (See also Paragraph 3)

1.4 **Early Possession:** If the Premises are available Lessee may have non-exclusive possession of the Premises commencing Upon full lease execution, submission of deposits and liability insurance requirements ("Early Possession Date"). (See also Paragraphs 3.2 and 3.3)

1.5 **Base Rent:** $ 1,500.00 per month ("Base Rent"), payable on the First day of each month commencing January 1, 2017. (See also Paragraph 4)

Note: Lessee shall receive free base rent during the the first Two (2) months of the initial lease term and shall receive a discounted half base rent (50%) during month 4 of the initial lease term. Lessee shall pay CAM/NNN fees during the free base rent periods.

☑ If this box is checked, there are provisions in this Lease for the Base Rent to be adjusted. See Paragraph 50

1.6 **Lessee's Share of Common Area Operating Expenses:** TBD percent (TBD %) ("Lessee's Share"). In the event that the size of the Premises and/or the Project are modified during the term of this Lease, Lessor shall recalculate Lessee's Share to reflect such modification.

1.7 **Base Rent and Other Monies Paid Upon Execution:**

(a) **Base Rent:** $1,500.00 for the period January 1, 2017 thru January 31, 2017

(b) **Common Area Operating Expenses:** $420.00 for the period 1-1-17 thru 1-31-17

(c) **Security Deposit:** $1,500.00 ("Security Deposit"). (See also Paragraph 5)

(d) **Other:** $ N/A for N/A

(e) **Total Due Upon Execution of this Lease:** $3,420.00

1.8 **Agreed Use:** A Martial Art & Fitness Studio specializing in Taekwondo.

1.9 **Insuring Party.** Lessor is the "Insuring Party". (See also Paragraph 8)

1.10 **Real Estate Brokers:** (See also Paragraph 15 and 25)

(a) **Representation:** The following real estate brokers (the "Brokers") and brokerage relationships exist in this transaction (check applicable boxes):

☑ Kursch Group, Inc. represents Lessor exclusively ("Lessor's Broker");

☑ NegotiateLease.com, Inc. represents Lessee exclusively ("Lessee's Broker"); or

☐ ________ represents both Lessor and Lessee ("Dual Agency").

(b) **Payment to Brokers:** Upon execution and delivery of this Lease by both Parties, Lessor shall pay to the Brokers the brokerage fee agreed to in a separate written agreement ~~(or if there is no such agreement, the sum of ____ or ____ % of the total Base Rent)~~ for the brokerage services rendered by the Brokers.

1.11 **Guarantor.** The obligations of the Lessee under this Lease are to be guaranteed by ________ ("Guarantor"). (See also Paragraph 37)

1.12 **Attachments.** Attached hereto are the following, all of which constitute a part of this Lease:

☑ an Addendum consisting of Paragraphs 50 through 51;

☐ a site plan depicting the Premises;

INITIALS



INITIALS

©1999 - AIR COMMERCIAL REAL ESTATE ASSOCIATION






9

The parties hereto have executed this Lease at the place and on the dates specified above their respective signatures.

Executed at: Carmel, CA
On: 9-30-16

By LESSOR:
Michael Leaton and Tracy Piazza

By: [signature]
Name Printed: Michael Leaton
Title:

By: [signature]
Name Printed: Tracy Piazza
Title:
Address: P.O. Box 223200
Carmel, CA 93922

Telephone: (831) 521-0903
Facsimile: ( )
Email: Blackcockatoo@sbcglobal.net
Email:
Federal ID No.

Executed at: Victorville, CA
On: 9-27-2016

By LESSEE:
Chul Jong Yoo dba C.J. Taekwondo

By: [signature]
Name Printed: Chul Jong Yoo
Title:

By:
Name Printed:
Title:
Address: 14655 Humminbird Rd.
Victorville, CA 92394

Telephone: ( )
Facsimile: ( )
Email:
Email:
Federal ID No.

BROKER:
Kursch Group, Inc.

Attn: Rob Kurth
Title: EVP
Address: 12180 Ridgecrest Rd., Suite 232
Victorville, CA 92395
Telephone: (760) 983-2383
Facsimile: ( )
Email: RKurth@KurschGroup.com
Federal ID No.
Broker/Agent BRE License #: 01896143 / 01244413

BROKER:
NegotiateLease.com, Inc.

Attn: Joon Lee
Title: President
Address: 530 S. Manhattan Place, Suite 305
Los Angeles, CA 90020
Telephone: (626) 622-5512
Facsimile: ( )
Email: JoonLee@NegotiateLease.com
Federal ID No.
Broker/Agent BRE License #: 01907819 / 01916048

NOTICE: These forms are often modified to meet changing requirements of law and industry needs. Always write or call to make sure you are utilizing the most current form: AIR Commercial Real Estate Association, 500 N Brand Blvd, Suite 900, Glendale, CA 91203. Telephone No. (213) 687-8777. Fax No.: (213) 687-8616.

©Copyright 1999 By AIR Commercial Real Estate Association.
All rights reserved. No part of these works may be reproduced in any form without permission in writing.

# ACTION - EVICTION SERVICE 'NOTICE'

## NOTICE TO PERFORM COVENANT(S) OR QUIT

TO: **Chui Jong Yoo, ind. & dba C.J. Taekwondo, , ,**

and all other tenants in possessionof the premises described as:

**15048 Bear Valley Rd. Ste. A**

address also known as:

**Victorville, Calif. 92394**

in the county of: **San Bernardino**

PLEASE TAKE NOTICE, that you have violated the following covenant(s) in your Lease or Rental agreement:

Covenant 1 Violated: **Also due under para. 1.7( b) as CAM Charges: $420.00 per month for the months of April, May, June, July, August, September, October 2017 totalling $2,940.00 due for CAM Charges.**

Covenant 2 Violated:

Covenant 2 Violated:

**YOU ARE HEREBY REQUIRED**, within **3** days, to perform the aforesaid covenant(s) or to deliver up possession of the above described premises which you currently hold and occupy.

If you fail to do so, legal proceedings will be instituted against you to recover said premises and such damages as the law allows.

This notice is intended to be a **3** day notice to perform the aforesaid covenant(s). It is not intended to terminate or forfeit the Lease or Rental Agreement under which you occupy said premises. If, after legal proceedings, said premises are recovered from you, the owner(s) will try to rent said premises for the best possible rent, giving you credit for sums received and holding you liable for any deficiencies arising during the term of said Lease or Rental Agreement.

DATED: **Tuesday, October 10, 2017**

*Signature*

Tracy Piazza Leaton
Owner

Elaine Carrington
Eviction Agent

**TAKE NOTE**

**PENAL CODE SECTION 594 READS: Any person or persons who willfully or maliciously destroy or damages any real or personal property not their own, will be punished by a fine,**

6/02 AES

(Location / Address Phone Number for purposes of communication)

Action Eviction Service
P.O. Box 1095
Victorville, California 92393
(760) 245-8532

NOTICE ID NO.: **17- 523**

# ACTION - EVICTION SERVICE 'NOTICE'

## 3-DAY NOTICE TO PAY RENT OR QUIT
## (COMMERCIAL TENANCY)

TO **Chui Jong Yoo, ind. & dba C.J. Taekwondo, , ,**

and all residents (tenants and subtenants) in possession (full name) and all others in possession.

WITHIN THREE (3) DAYSafter the service of this notice, you are hereby required to PAY the rent for the premises hereinafter described, of which you now hold possession, amounting to the sum of: **$6,080.00**

Six thousand eighty and no/100--- encumbered as follows:

| | Amount | | From | | To | | Amount | | From | | To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | $80.00 | Due From: | 6/1/2017 | To: | 6/30/2017 | 4. | $1,500.00 | Due From: | 9/1/2017 | To: | 9/30/2017 |
| 2. | $1,500.00 | Due From: | 7/1/2017 | To: | 7/31/2017 | 5. | $1,500.00 | Due From: | 10/1/2017 | To: | 10/31/2017 |
| 3. | $1,500.00 | Due From: | 8/1/2017 | To: | 8/31/2017 | 6. | | Due From: | | To: | |

OR QUIT AND DELIVER THE POSSESSION OF THE PREMISES.

The premises herein referred to are situated in the city of *Victorville*, county of *San Bernardino*, state of California, designated by the number and street as: *15048 Bear Valley Rd. Ste. A*

address also known as:

YOU ARE FURTHER NOTIFIED that the undersigned does hereby elect to declare the forfeiture of your lease or rental agreement under which you hold possession of the above-described premises, unless you pay all sums required in this notice, or you are hereby required to deliver up possession of the above-described premises, within three (3) days after service on you of this notice to the undersigned, or the landlord will institute legal proceedings against you to declare a forfeiture of the lease or rental agreement under which you occupy the herein above-described property and to recover possession of said premises.

***The amount demanded in this notice is intended as a reasonable estimate of the amount actually due (C.C.P. 1161.1) Landlord reserves all rights to future rents and all other sums due pursuant to the lease agreement as allowed by C.C. 1951.2 Et sec, and or any other provision of law. Further the acceptance of a partial payment of the above demanded amount, whether accepted before or after the expiration of this notice or the filing of an unlawful detainer, shall not constitute a waiver of this notice or Landlord's right to possession unless so stated by Landlord in**

Full Payment must be made to the Owner/Agent at the following address: **P.O. Box 223200 Carmel, CA. 93922** -or- CMD Services, Inc. 1800 Vernon St. #2 Roseville, CA. 95678

Telephone number for the above address is: **(831) 626-1117**

Payments made in person may be delivered to the Owner/Agent between the hours of **9:00 AM** and **5:00 PM** on the following days of the week: **Monday thru Friday**

The acceptable methods of payment of rent are: Personal Check: **NO** Cashier's Check: **X** Money Order: **X** Cash: ☐

DATED: **Tuesday, October 10, 2017**

*Tracy Piazza Leaton*

Owner

[signature]
*Signature*
*Elaine Carrington*
Eviction Agent

**TAKE NOTE:**

**PENAL CODE SECTION 594 READS: Any person or persons who willfully or maliciously destroy or damages any real or personal property not their own, will be punished by a fine, imprisonment, or both.**

(Location / Address Phone Number for purposes of communication)

Action Eviction Service
P.O. Box 1095
Victorville, California 92393
(760) 245-6532

Notice ID No. 17-523